# United States Court of Appeals
## District of Columbia Circuit

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Public Investors Arbitration Bar Ass'n

v.

Securities and Exchange Commission

**Case No:** 13-5137

### ENTRY OF APPEARANCE

#### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

- ● Appellant(s)/Petitioner(s)
- ○ Appellee(s)/Respondent(s)
- ○ Intervenor(s)
- ○ Amicus Curiae

Public Investors Arbitration Bar Association

Names of Parties | Names of Parties

#### Counsel Information

**Lead Counsel:** Julie A. Murray

**Direct Phone:** (202) 588-7733  **Fax:** (202) 588-7795  **Email:** jmurray@citizen.org

**2nd Counsel:**

**Direct Phone:** ( ) -  **Fax:** ( ) -  **Email:**

**3rd Counsel:**

**Direct Phone:** ( ) -  **Fax:** ( ) -  **Email:**

**Firm Name:** Public Citizen Litigation Group

**Firm Address:** 1600 20th Street NW, Washington, DC 20009

**Firm Phone:** (202) 588-1000  **Fax:** (202) 588-7795  **Email:** litfilenotify@citizen.org

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)