# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Public Investors Arbitration Bar Ass'n

v.

Securities & Exchange Commission

**Case No:** 13-5137

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

(•) Appellant(s)/Petitioner(s)    ( ) Appellee(s)/Respondent(s)    ( ) Intervenor(s)    ( ) Amicus Curiae

Public Investors Arbitration Bar Association

**Names of Parties**                                    **Names of Parties**

### Counsel Information

Lead Counsel: _____

Direct Phone: (___) ___-____    Fax: (___) ___-____    Email: _____

2nd Counsel: Daniel A. Ball, Esq.

Direct Phone: (301) 770-3050    Fax: (301) 770-3017    Email: dball@dablaw.com

3rd Counsel: _____

Direct Phone: (___) ___-____    Fax: (___) ___-____    Email: _____

Firm Name: Ball Law Offices, P.C.

Firm Address: 5410 Edson Lane, Suite 315, Rockville, MD 20852

Firm Phone: (301) 770-3050    Fax: (301) 770-3017    Email: dball@dablaw.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| PUBLIC INVESTORS ARBITRATION BAR ASSOCIATION,<br>　　　Plaintiff-Appellant,<br><br>　　　v.<br><br>SECURITIES AND EXCHANGE COMMISSION,<br>　　　Defendant-Appellee. | )<br>)<br>)<br>)<br>) No. 13-5137<br>)<br>)<br>)<br>)<br>)<br>) |

CERTIFICATE OF SERVICE

I certify that on June 12, 2013, I caused the foregoing, Entry of Appearance, to be filed with the Clerk of the Court through the Court's ECF system, which will serve notice of the filing on Melinda Hardy, a registered ECF filer and counsel for the Securities and Exchange Commission.

Daniel A. Ball
BALL LAW OFFICES, P.C.
5410 Edson Lane
Suite 315
Rockville, MD 20852
Telephone: 301-770-3050
Facsimile: 301-770-3017
E-mail: dball@dablaw.com